NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 31 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMRIT PAL SANGHERA, AKA Amritpal Sanghera, Petitioner, v. JEFFERSON B. SESSIONS III, Attorney General, Respondent. | No. 12-70035 Agency No. A061-071-495 MEMORANDUM* |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 24, 2017**

Before:    THOMAS, Chief Judge, and SILVERMAN and RAWLINSON,
Circuit Judges.

Amrit Pal Sanghera, a native and citizen of India, petitions for review of the

Board of Immigration Appeals' ("BIA") order dismissing his appeal from an

immigration judge's removal order.  We dismiss the petition for review.

---

\*    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

We lack jurisdiction over this petition for review because Sanghera waived his right to appeal to the BIA, and he did not raise any contentions in his notice of appeal before the BIA that his waiver of appeal was not knowing and voluntary. *See Brown v. Holder,* 763 F.3d 1141, 1146 (9th Cir. 2014) ("On appeal to the BIA, however, [petitioner] did not claim that the waiver was not knowing and voluntary, and therefore we may not review this claim").

**PETITION FOR REVIEW DISMISSED.**